Larry WILLIAMS, Plaintiff–Appellant,

v.

S. Warden BODISON; Warden F. Thompson; Captain Britenhart; Goodwing George; Lt. D. Maghee; Warden Hunted; Sgt. Wilson; Jon Ozmint; NFN Mahaff; Sgt. Sanford; NFN Jefferson, Defendants–Appellees.

No. 15–7667.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2016.

Decided: Feb. 26, 2016.

Larry Williams, Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Williams appeals the district court's order accepting the recommenda-

tion of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Bodison,* No. 2:14–cv–04289–MGL (D.S.C. Sept. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*